UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:13-CV-02115 HA |
| Plaintiff, | |
| v. | ORDER TO DISMISS COMPLAINT |
| FIDELITY INVESTMENTS, | |
| Defendant. | |

The Plaintiff having moved the Court to dismiss this action and the Court being duly advised now GRANTS the Motion and it is,

ORDERED, that this action is hereby DISMISSED, WITH PREJUDICE.

So ORDERED this __5__ day of August, 2014.

ANCER L. HAGGERTY
United States District Judge

Presented by:

S. AMANDA MARSHALL
United States Attorney
District of Oregon


/s/ Kathleen L. Bickers
KATHLEEN L. BICKERS
Assistant United States Attorney